# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE STANESIC, | ) |
|   Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:18-CV-00046-CB |
| EXACTECH, INC. and EXACTECH US, Inc., | ) ) ) ) |
|   Defendants. | ) ) |

## MOTION FOR ADMISSION PRO HAC VICE OF AMIE A. VAGUE

Pursuant to Local Rule 83.2 and 83.3 of the United States District Court for the Western District of Pennsylvania, I, Amie A. Vague ("Applicant"), move the Court for admission *pro hac vice* in this case as additional counsel for Defendants Exactech, Inc. and Exactech US, Inc. ("Exactech"). In support of this motion, Applicant states as follows:

1. Applicant is an attorney at the law firm of Lightfoot, Franklin & White, LLC, located at 400 20th Street North, Birmingham, Alabama 35203.

2. Applicant is a member in good standing of the bars of the State of Alabama, the State of Tennessee, the United States District Courts for the Northern, Middle, and Southern Districts of Alabama, and the United States District Courts for the Western, Middle, and Eastern Districts of Tennessee.

3. Applicant is in good standing and eligible to practice in all courts to which she has been admitted. Applicant has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. Attached as Exhibit A is Applicant's affidavit in support of this motion for *pro hac vice* admission in compliance with Local Rule 83.2(B), and certifying that she has read, knows, and understands the Local Rules of the Court for the United States District Court for the Western District of Pennsylvania.

5. Ernest F. Koschineg and David G. Volk are counsel of record in this case for Exactech. Mr. Koschineg and Mr. Volk are partners at the law firm of Cipriani & Werner, P.C. Mr. Kochineg and Mr. Volk are admitted to practice law in Pennsylvania and before this Court. Attached as Exhibit B is a Verified Statement of David Volk in further support of this motion.

6. The $70.00 *pro hac vice* fee is being tendered with this application in compliance with Local Rule 83.2(b).

WHEREFORE, for the reasons stated above, Applicant respectfully requests that this Honorable Court enter an order allowing Amie A. Vague to appear *pro hac vice* for the purpose of representing Exactech as additional counsel in this case.

          Respectfully submitted,

          LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

Dated: May 9, 2018      By:   */s/ Amie A. Vague*
               One of the Attorneys for Defendants
               Exactech, Inc. and Exactech US, Inc.

OF COUNSEL:
Ernie F. Koschineg
*ekoschineg@c-wlaw.com*
David G. Volk
*dvolk@c-wlaw.com*
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, Pennsylvania 19422
Telephone: (610) 862-1928
Facsimile: (610) 567-0712

Harlan I. Prater IV (*application for pro hac vice pending*)
*hprater@lightfootlaw.com*
Sanford G. Hooper (*application for pro hac vice pending*)
*shooper@lightfootlaw.com*
Amie A. Vague (*application for pro hac vice pending*)
*avague@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record through the Court's electronic filing system this 9th day of May, 2018.

Peter M. Villari
*pvillari@villari.com*
VILLARI, BRANDES & GIANNONE
161 Washington Street
8 Tower Bridge, 4th Floor
Conshohocken, Pennsylvania 19428

Michael P. McGartland
MCGARTLAND LAW FIRM, PLLC
1300 South University Drive, Suite 500
Fort Worth, Texas 76107

*Attorneys for Plaintiff*

                                                                    /s/ Amie A. Vague
                                                                    Of Counsel