UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE STANESIC,<br><br>           Plaintiff,<br>v.<br><br>EXACTECH, INC., et al.,<br><br>           Defendant. | Case No. Case No. 2:2018cv00046 CB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Diane Stanesic and counsel for the Defendants that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action, including all Defendants and all claims, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 9, 2019

/s/ Michael P. McGartland
Michael P. McGartland *(pro hac vice)*
MCGARTLAND LAW FIRM, PLLC
1300 South University Drive, Suite 500
Fort Worth, Texas 76107

and

/s/ Peter M. Villari
Peter M. Villari
Pennsylvania Bar No. 26875
VILLARIE, BRANDES & GIANNONE, P.C.
8 Tower Bridge
161 Washington Street, Suite 400
Conshohocken, PA 19428
Telephone: (610) 729-2900, ex. 201
Facsimile: (610) 729-2910
pvillari@villarilaw.com

*Attorneys for Plaintiff*

*/s/ David Volk*
David G. Volk, Esq.
Ernest F. Koschineg, Esq.
**CIRPRIANI & WERNER**
450 Sentry Parkway
Suite 200
Blue Bell, PA  19422
Tel: (610) 567-0700 (main)
Fax: (610) 567-0712
Email: dvolk@c-wlaw.com
ekoschineg@c-wlaw.com

*Counsel for Exactech, Inc. and Exactech US, Inc.*